### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| FREIDA L. WHITE | * | |
| Plaintiff | * | |
| VS. | * | |
| ATRIUM MEDICAL CORPORATION | * | NO: 4:08CV00378  SWW |
| Defendant | * | |

## ORDER

Pursuant to the parties' stipulation of dismissal (docket entry #8), this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 2ND DAY OF APRIL, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE